**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARY TAYLOR,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:12-cv-519-Orl-22KRS**

**PREMIER DEBT SOLUTIONS, LLC.,**

        **Defendant.**
_____

**ORDER**

This cause is before the Court on Plaintiff's Motion for Entry of Default Final Judgment (Doc. No. 10), filed on August 13, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.  Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 20, 2012 (Doc. No. 11), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Final Judgment (Doc. No. 10), filed on August 13, 2012, is **GRANTED**.

    3.  The Clerk shall enter a final judgment providing that the Plaintiff, Mary Taylor, shall recover from the Defendant, Premier Debt Solutions, LLC, the sum of $8,232.44.

    4.  The Clerk shall close the case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 9, 2012.

*(signed)* ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party